THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SIDNEY GLASSMAN, Appellant.

*Crimes — unlawfully marking goods — judgment of conviction affirmed.*

*People* v. *Glassman*, 223 App. Div. 830, affirmed.

(Submitted June 15, 1928; decided July 19, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 20, 1928, which affirmed a judgment of the Court of Special Sessions of the City of New York convicting the defendant of unlawfully marking an article as made of platinum in violation of section 445 of the Penal Law.

*K. Henry Rosenberg* for appellant.

*Joab H. Banton, District Attorney (Edwin B. McGuire* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.